```
          FILED
   CLERK U.S. DISTRICT COURT

       JAN 31 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONAI EL-SHADDAI,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>T. FELKER, Warden,<br><br>　　　　　Respondent. | Case No. CV 06-8116 GHK(JC)<br><br>~~(PROPOSED)~~<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and Petitioner's Objection to Report and Recommendation ("Objections"). The Court overrules the Objections and approves and adopts the Report and Recommendation.

　　　　IT IS HEREBY ORDERED that Respondent's Motion to Dismiss the Petition be granted, that Petitioner's Motion for Judgment on the Pleadings be denied, and that Judgment be entered denying the Petition and dismissing this action with prejudice.

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein by United States mail on Petitioner and on counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 1/31/08

HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE