JS6

FILED
CLERK U.S. DISTRICT COURT

JAN 3 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONAI EL-SHADDAI,<br><br>    Petitioner,<br><br>    v.<br><br>T. FELKER, Warden,<br><br>    Respondent. | Case No. CV 06-8116 GHK(JC)<br><br>~~(PROPOSED)~~<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") is granted, Petitioner's Motion for Judgment on the Pleadings is denied, the Petition is denied, and this action is dismissed with prejudice.

DATED: 1/31/08

HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE